# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

| | |
|---|---|
| Tamara Jordan, | : |
| | : |
| Plaintiff, | : Civil Action No.: 4:13-cv-00433-RAS-DDB |
| v. | : |
| Southwest Credit Systems, L.P., | : |
| Defendant. | : |

## ORDER GRANTING STIPULATION OF DISMISSAL

Having reviewed the parties' stipulation of dismissal and for good cause shown, it is hereby ORDERED this case be dismissed with prejudice.

IT IS SO ORDERED.

**SIGNED this the 25th day of November, 2014.**

_____
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE